UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>JENEEN LYNETTE ROBINSON )<br>a/k/a "Goddess" )<br>_____) | DOCKET NO. **3:24-CR-29-MOC**<br><br>**BILL OF INDICTMENT**<br><br>Violation:<br><br>21 USC § 841(a)(1) |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession with Intent to Distribute Methamphetamine)*

On or about June 30, 2023, in Mecklenburg County, within the Western District of North Carolina, and elsewhere,

**JENEEN LYNETTE ROBINSON a/k/a "Goddess"**

did knowingly and intentionally possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance.

1. Said offense involved at least 500 grams of cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### NOTICE OF FORFEITURE

Notice is hereby given of 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with Section 853:

a. All property which constitutes or is derived from proceeds of the violation set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violation; and

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a) and (b).

A TRUE BILL:



FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

THOMAS KENT
ASSISTANT UNITED STATES ATTORNEY

2